AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Edgar, R. Allan | 2. Court or Organization

Eastern District of Tennessee | 3. Date of Report

04/2/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

District Judge - Senior | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial ☑ Annual ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2008
to
12/31/2008 |
| 7. Chambers or Office Address

900 Georgia Avenue, Room 253
Chattanooga, TN 37402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | TRUST #1 |
| 2. Trustee | TRUST #2 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR 10 A 11:49 FINANCIAL DISCLOSURE OFFICE

Edgar_Allan_R

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/2/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Tennessee Consolidated Retirement System | $3,713.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/2/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/2/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FSG Bank-Chattanooga, TN, TRUSTEE SELF-DIRECTED IRA: | | | | | | | | | |
| 2. - STI Classic Prime Quality Money Market | D | Interest | | | Sold | 2/11 | M | | |
| 3. - Vanguard Windsor II Fund | B | Dividend | L | T | | | | | |
| 4. - Harbor International Fund | B | Dividend | L | T | | | | | |
| 5. - T Rowe Price New Era Fund | B | Dividend | M | T | | | | | |
| 6. - Harbor Capital App. Fund | A | Dividend | K | T | | | | | |
| 7. - Vanguard Mid-Cap Index Fund | A | Dividend | K | T | | | | | |
| 8. - CGM Realty Fund | A | Dividend | J | T | | | | | |
| 9. - I Shares MSCI Pacific Ex Japan Fund | A | Dividend | J | T | | | | | |
| 10. - Fidelity Value Fund | A | Dividend | K | T | | | | | |
| 11. - Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 12. - Brandywine Fund | | None | K | T | | | | | |
| 13. - Fidelity Fifty Fund | A | Dividend | K | T | | | | | |
| 14. - Macquarrie Infrastructure Co. Trust | A | Dividend | J | T | | | | | |
| 15. - I-shares DJ US. Financial Services | A | Dividend | K | T | | | | | |
| 16. - Fed Home Loan BK 4.5% Bond | A | Interest | | | Sold | 11/05 | L | | |
| 17. - Fed Home Loan BK 4.5% Bond | A | Interest | | | Sold | 8/5 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/2/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I-shares Brazil Index Fd | A | Dividend | J | T | Buy | 1/16 | J | | |
| 19. JP Morgan Chase & Co 7.9% Bond | A | Interest | K | T | Buy | 4/18 | K | | |
| 20. Merrill Lynch & Co 6.15% Bond | A | Interest | K | T | Buy | 5/05 | K | | |
| 21. Intl.Paper Co 7.4% Bond | A | Interest | K | T | Buy | 6/06 | K | | |
| 22. FSG Bank 2.5% CD | A | Interest | L | T | Buy | 10/14 | L | | |
| 23. IBM Corp. 7.625% Bond | A | Interest | K | T | Buy | 10/14 | K | | |
| 24. AT&T Corp. 6.7% Bond | A | Interest | K | T | Buy | 11/13 | K | | |
| 25. Federated Prime Oblig Money Fund | B | Interest | K | T | Buy | 2/11 | K | | |
| 26. Sel. Am. Shares Fund (IRA) | A | Dividend | J | T | | | | | |
| 27. Schwab Deposit Accounts (IRA) | A | Dividend | J | T | | | | | |
| 28. Vanguard Windsor II Fund (IRA) | A | Dividend | J | T | | | | | |
| 29. Artisan Midcap Fund (IRA) | A | Dividend | J | T | | | | | |
| 30. Baron Growth Fund (IRA) | | None | J | T | | | | | |
| 31. Oakmark Int'l Fund (IRA) | | None | | | Sold | 5/7 | J | B | |
| 32. Schwab Total Bond Mkt Index Fund (IRA) | A | Dividend | J | T | | | | | |
| 33. Oakmark Equity Inc. Fund (IRA) | A | Dividend | J | T | | | | | |
| 34. Wash Mutual Bk 4.75% CD, (IRA) | | None | | | Redeemed | 5/21 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/2/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Bank PR 3.7% CD | A | Interest | K | T | Buy | 10/6 | K | | |
| 36. Landus Intl. Fund | A | Dividend | J | T | Buy | 5/8 | J | | |
| 37. Fidelity Cash Reserves Fund (IRA) | A | Interest | J | T | | | | | |
| 38. Fidelity Contrafund (IRA) | A | Dividend | J | T | | | | | |
| 39. Spartan Total Market Index Fund (IRA) | A | Dividend | J | T | | | | | |
| 40. Fidelity Div Int'l Fund (IRA) | A | Dividend | J | T | | | | | |
| 41. Fidelity Balanced Fund (IRA) | A | Dividend | J | T | | | | | |
| 42. Fidelity Short Term Bond Fund (IRA) | A | Dividend | J | T | | | | | |
| 43. Fidelity Value Fund (IRA) | | None | | | Sold | 1/10 | J | | |
| 44. Fidelity Overseas Fd (IRA) | A | Dividend | J | T | | | | | |
| 45. Fidelity Growth Discovery Fd (IRA) | A | Dividend | J | T | Buy | 1/10 | J | | |
| 46. Morgan Stanley Liquid Asset Fund | A | Interest | | | Sold | 11/21 | K | | |
| 47. TIAA-CREF Retirement Fund | A | Dividend | K | T | | | | | |
| 48. TRUST #1: | | | | | | | | | |
| 49. - Fidelity Municipal Money Market Fund | A | Dividend | J | T | | | | | |
| 50. - Phillip Morris 7.650% | A | Interest | | | Redeemed | 7/1 | J | | |
| 51. - Ford Motor Credit 5.8% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/2/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Fed Nat'l Mortgage 5.25% | A | Interest | K | T | | | | | |
| 53.   - Union Tank Car 7.45% | A | Interest | J | T | | | | | |
| 54.   - Great Lakes Chem 7% | A | Interest | J | T | | | | | |
| 55.   - Abitibi-Consol 7.875% | A | Interest | J | T | | | | | |
| 56.   - Ford Motor Credit 7.375% | A | Interest | J | T | | | | | |
| 57.   - Gen Motors Acc 7.75% | A | Interest | J | T | | | | | |
| 58.   - Citigroup 6.5% | A | Interest | K | T | | | | | |
| 59.   - JP Morgan 6.75% | A | Interest | K | T | | | | | |
| 60.   - Cardinal Health 6.75% | A | Interest | J | T | | | | | |
| 61.   - Boeing Cap 6.1% | A | Interest | J | T | | | | | |
| 62.   - Am Home Prod 6.9% | A | Interest | J | T | | | | | |
| 63.   - Morgan Stanley 6.75% | A | Interest | J | T | | | | | |
| 64.   - Caterpillar Inc. 6.55% | A | Interest | J | T | | | | | |
| 65.   - Hormel Foods 6.625% | A | Interest | J | T | | | | | |
| 66.   - Ocean Energy 7.25% | A | Interest | J | T | | | | | |
| 67.   - Ford Motor Credit 7.25% | A | Interest | J | T | | | | | |
| 68.   - Honeywell Int'l 6.125% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/2/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Lehman Bros 6.625% | | None | J | T | | | | | |
| 70.  - General Electric Cap 6% | A | Interest | J | T | | | | | |
| 71.  - Bank of America 4.875% | A | Interest | J | T | | | | | |
| 72.  - Boise Cascade 7.35% | A | Interest | J | T | | | | | |
| 73.  - U S Treasury 8.125% | A | Interest | J | T | | | | | |
| 74.  - WalMart 7.55% | A | Interest | K | T | | | | | |
| 75.  - Spartan Total Market Index Fund | C | Dividend | M | T | | | | | |
| 76.  - Fidelity Div Int'l Fund | B | Dividend | K | T | | | | | |
| 77.  - Fidelity 500 Index Fund | A | Dividend | J | T | | | | | |
| 78.  -N. Salem St BK-CD 5.1% | A | Interest | | | Redeemed | 5/1 | K | | |
| 79.  -Fidelity Mega Cap Fd | A | Dividend | J | T | Buy | 10/3 | K | | |
| 80.  -21st Centy Bk CD | A | Interest | | | Redeemed | 9/30 | J | | |
| 81.  -Citizens Bk Flint MI CD | A | Interest | | | Redeemed | 10/31 | K | | |
| 82.  -Metro Bk Dade Co FL CD | A | Interest | | | Redeemed | 4/25 | J | | |
| 83.  First Regl Bk Cali 3.7%CD | | None | K | T | Buy | 6/3 | K | | |
| 84.  First Bk PR Santurce 3.7% CD | A | Interest | L | T | Buy | 11/20 | L | | |
| 85.  TRUST #2: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edgar, R. Allan | 04/2/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Vanguard Pacific Index Fund | A | Dividend | J | T | | | | | |
| 87. - Vanguard European Index Fund | A | Dividend | J | T | | | | | |
| 88. - Vanguard Total Stock Market Index Fund | A | Dividend | K | T | | | | | |
| 89. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 90. - Vanguard Short Term Bond Index Fund | A | Dividend | J | T | | | | | |
| 91. - T Rowe Price New Era Fund | A | Dividend | K | T | | | | | |
| 92. John Hancock Universal Life Insurance Policy | B | Interest | K | T | | | | | |
| 93. Regions Bank 3.44% CD | | None | K | T | Buy | 11/25 | K | | |
| 94. Regions Bank 3.44% CD | | None | J | T | Buy | 11/21 | J | | |
| 95. SunTrust Bank-Accounts (x) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001-- $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Edgar, R. Allan | 04/2/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PARTS I AND VII --

The listed trusts are ████ trusts for the benefit of ██████████████
I am Co-Trustee of TRUST #1, and Trustee of TRUST #2.

Part VII, Line 1, Trustee of self directed IRA changed from SunTrust Bank to FSG Bank, 2/11/08.

Part VII, Line 27, Formerly designated as Schwab Money Market Fund

Part VII, Line 49, Formerly designated as Fidelity Cash Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544